**Eugene Sherlock HOLMES,
Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Roy Cooper, as Administrator of the Estate of Attorney General for the State of North Carolina; All Media T.V. Stations in North Carolina, Defendants–Appellees.**

**No. 14–2270.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 16, 2015.

Eugene T. Holmes, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Sherlock Holmes appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as frivolous and for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Holmes does not challenge in his informal brief the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*